IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22832-JAD |
| Tracy E. Zange, ) | Chapter 13 |
|     *Debtor* ) | Related to Document No. 21 |
| ) | |
| Tracy E. Zange, ) | |
| Social Security No. XXX-XX- 4076 ) | |
|     *Movant* ) | |
| ) | |
|     *vs.* ) | |
| ) | |
| Borough of Dormont and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 30, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Borough of Dormont
Attn: Payroll Dept.
1444 Hillsdale Avenue
Pittsburgh, PA 15216

Date of Service:    August 30, 2017    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com