# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** TRACY E. ZANGE
**Case Number:** 17-22832-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 11, 2018 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/19/18 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#13 - Final Confirmation of Plan Dated 8/4/2017 (NFC)
R / M #: 13 / 0

## *Appearances:*

Debtor: *K. Steidl*
Trustee: Winnecour / (Pail) Katz
Creditor:

## *Proceedings:*

*Karl – US Bank*
*Prville – Dormont Boro*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _5/10/18_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2018    2:00:04PM