# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |
|---|---|
| Debtor: | TRACY E. ZANGE |
| Case Number: | 17-22832-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 10, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/11/18 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#13 - Continued Confirmation of Plan Dated 8/4/2017 (NFC)
R / M #:  13 / 0

**_Appearances:_**

Debtor: A. Steidl
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**_Proceedings:_** Hunt for Dormont
Wambrodt for US Bank

Debtor needs to review LAT based on status of title to RE

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __6/21/18__ at __11:30 AM__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/3/2018    3:59:12PM