UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                : Case No. 17-22832-JAD
Tracy E. Zange                                  :
                                                :
            Debtor                              : Chapter 13
                                                : Related to Document # 37

CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER

NOW, this _____ day of _____, 2018, upon an agreement reached between the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the June 26, 2018 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as August 4, 2017 (Doc. No. 13) instead of June 20, 2018 (Doc. No. 34).

IT IS FURTHER ORDERED that the begin date for $1310.00 monthly plan payment shall be July, 2018;

IT IS FURTHER ORDRED that the Plan dated June 20, 2018 at Document No. 34 is withdrawn.

The confirmation order dated June 26, 2018 remains in full force and effect.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Kenneth Steidl
Kenneth Steidl
Attorney for debtor
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
julie.steidl@steidl-steinberg.com