IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22832-JAD |
| Tracy E. Zange, ) | Chapter 13 |
| *Debtor* ) | Related to Document No. 46 |
| ) | |
| Tracy E. Zange, ) | |
| Social Security No. XXX-XX- 4076 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Borough of Dormont and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 6, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee　　　　　　　　Tracy E. Zange
Suite 3250 – US Steel Tower　　　　　　　　3245 Waltham Avenue
600 Grant Street　　　　　　　　　　　　　Pittsburgh, PA 15216
Pittsburgh, PA 15219

Borough of Dormont
Attn: Payroll Dept.
1444 Hillsdale Avenue
Pittsburgh, PA 15216

Date of Service:　　　June 6, 2019　　　　/s/ Kenneth Steidl
　　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　28th Floor, Gulf Tower
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　PA I.D. 34965