Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tracy E. Zange**
  Debtor(s)

Bankruptcy Case No.: 17−22832−JAD
Doc. #53
Chapter: 13
Docket No.: 54 − 53
Concil. Conf.: May 14, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 14, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 12, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22832-JAD
Tracy E. Zange                                                          Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0315-2      User: skoz               Page 1 of 2              Date Rcvd: Feb 12, 2020
                          Form ID: 410             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db            +Tracy E. Zange,    3245 Waltham Avenue,    Pittsburgh, PA 15216-2331
cr            +Borough of Dormont,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14697546      +Borough of Dormont,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,   Frick Building,    Pittsburgh, PA 15219-6101
14657459       Borough of Dormont Garbage,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                McMurray, PA 15317-3349
14657460       Dormont Borough Sewage & Stormwater,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                McMurray, PA 15317-3349
14657462       Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
14657463       Peoples Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14657464      +Rushmore Home Loans,    15480 Laguna Canyon Road, Suite 100,    Irvine, CA 92618-2132
14657465      +Rushmore Loan Company & US Bank,    c/o Emanuel Argentieri, Esq.,    Romano Garubo & Argentieri,
                PO Box 456,   Woodbury, NJ 08096-7456
14743497      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14669440      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14657466      +Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14668136      +E-mail/Text: csc.bankruptcy@amwater.com Feb 13 2020 03:06:30      American Water,    P.O. Box 578,
                Alton IL 62002-0578
14657461      +E-mail/Text: kburkley@bernsteinlaw.com Feb 13 2020 03:06:17      Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14725011      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:14:28
                PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14725446       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:13:36
                Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14657467       E-mail/Text: appebnmailbox@sprint.com Feb 13 2020 03:05:06      Sprint,    PO Box 4191,
                Carol Stream, IL 60197-4191
14657468      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 13 2020 03:02:31
                Verizon,    500 Technology Drive STE 300,    Saint Charles, MO 63304-2225
14701800       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 03:14:36      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. Bank National Association, not in its individ
14670660*       Borough of Dormont Garbage,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 McMurray, PA 15317-3349
14670661*       Dormont Borough Sewage & Stormwater,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 McMurray, PA 15317-3349
14670662*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14670663*       Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
14670664*       Peoples Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14670665*      +Rushmore Home Loans,    15480 Laguna Canyon Road, Suite 100,    Irvine, CA 92618-2132
14670666*      +Rushmore Loan Company & US Bank,    c/o Emanuel Argentieri, Esq.,    Romano Garubo & Argentieri,
                 PO Box 456,   Woodbury, NJ 08096-7456
14670668*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191)
14670667*      +Santander Consumer,    PO Box 961245,    Fort Worth, TX 76161-0244
14670669*      +Verizon,    500 Technology Drive STE 300,    Saint Charles, MO 63304-2225
                                                                                TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: skoz                Page 2 of 2            Date Rcvd: Feb 12, 2020
                              Form ID: 410              Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Dormont jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor Tracy E. Zange julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```