**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tracy E. Zange** | : | Case No. 17–22832–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 54 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT


  *AND NOW,* this ***The 5th of May, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

  (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22832-JAD
Tracy E. Zange                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas            Page 1 of 2            Date Rcvd: May 05, 2020
                               Form ID: 309          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db         +Tracy E. Zange,   3245 Waltham Avenue,   Pittsburgh, PA 15216-2331
cr         +Borough of Dormont,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
             Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14697546   +Borough of Dormont,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14657459    Borough of Dormont Garbage,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             McMurray, PA 15317-3349
14657460    Dormont Borough Sewage & Stormwater,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             McMurray, PA 15317-3349
14657462    Pennsylvania American Water Company,   PO Box 371412,   Pittsburgh, PA 15250-7412
14657463    Peoples Natural Gas Company,   PO Box 644760,   Pittsburgh, PA 15264-4760
14657464   +Rushmore Home Loans,   15480 Laguna Canyon Road, Suite 100,   Irvine, CA 92618-2132
14657465   +Rushmore Loan Company & US Bank,   c/o Emanuel Argentieri, Esq.,   Romano Garubo & Argentieri,
             PO Box 456,   Woodbury, NJ 08096-7456
14743497   +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14668136   +E-mail/Text: csc.bankruptcy@amwater.com May 06 2020 02:54:22    American Water,   P.O. Box 578,
             Alton IL 62002-0578
14657461   +E-mail/Text: kburkley@bernsteinlaw.com May 06 2020 02:54:20    Duquesne Light Company,
             411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14725011   +E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 02:54:52
             PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14725446    E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 02:54:52
             Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14669440   +EDI: DRIV.COM May 06 2020 06:53:00    SANTANDER CONSUMER USA,   P.O. Box 560284,
             Dallas, TX 75356-0284
14657467    EDI: NEXTEL.COM May 06 2020 06:53:00    Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
14657466   +EDI: DRIV.COM May 06 2020 06:53:00    Santander Consumer,   PO Box 961245,
             Fort Worth, TX 76161-0244
14657468   +EDI: VERIZONCOMB.COM May 06 2020 06:53:00    Verizon,   500 Technology Drive STE 300,
             Saint Charles, MO 63304-2225
14701800    EDI: AIS.COM May 06 2020 06:53:00    Verizon,   by American InfoSource LP as agent,
             PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                    TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Duquesne Light Company
cr          U.S. Bank National Association, not in its individ
14670660*   Borough of Dormont Garbage,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             McMurray, PA 15317-3349
14670661*   Dormont Borough Sewage & Stormwater,   c/o Jordan Tax Service Inc.,   102 Rahway Road,
             McMurray, PA 15317-3349
14670662*  +Duquesne Light Company,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14670663*   Pennsylvania American Water Company,   PO Box 371412,   Pittsburgh, PA 15250-7412
14670664*   Peoples Natural Gas Company,   PO Box 644760,   Pittsburgh, PA 15264-4760
14670665*  +Rushmore Home Loans,   15480 Laguna Canyon Road, Suite 100,   Irvine, CA 92618-2132
14670666*  +Rushmore Loan Company & US Bank,   c/o Emanuel Argentieri, Esq.,   Romano Garubo & Argentieri,
             PO Box 456,   Woodbury, NJ 08096-7456
14670668*  ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
             OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191)
14670667*  +Santander Consumer,   PO Box 961245,   Fort Worth, TX 76161-0244
14670669*  +Verizon,   500 Technology Drive STE 300,   Saint Charles, MO 63304-2225
                                                                          TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas            Page 2 of 2           Date Rcvd: May 05, 2020
                              Form ID: 309          Total Noticed: 20
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Dormont jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth  Steidl   on behalf of Debtor Tracy E. Zange julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                         TOTAL: 7
```