**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TRACY E. ZANGE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-22832 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/12/2017 and confirmed on 09/25/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 27,664.69 |
| Less Refunds to Debtor | 901.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,762.90 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,163.48 | |
| Trustee Fee | 1,154.29 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,317.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK NA - TRUSTEE<br>Acct: 2490 | 0.00 | 19,246.86 | 0.00 | 19,246.86 |
| US BANK NA - TRUSTEE<br>Acct: 2490 | 13,047.50 | 0.00 | 0.00 | 0.00 |
| DORMONT BOROUGH (TRASH)<br>Acct: S138 | 757.97 | 0.00 | 0.00 | 0.00 |
| DORMONT BOROUGH (SWG)<br>Acct: S138 | 188.34 | 0.00 | 0.00 | 0.00 |
| DORMONT BOROUGH (TRASH)<br>Acct: S138 | 288.69 | 0.00 | 0.00 | 0.00 |
| DORMONT BOROUGH (STORMWTR)<br>Acct: S138 | 96.00 | 0.00 | 0.00 | 0.00 |
| DORMONT BOROUGH (STORMWTR)<br>Acct: S138 | 10.86 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 9132 | 3,010.79 | 2,949.41 | 248.86 | 3,198.27 |
| | | | | 22,445.13 |

Priority

| 17-22832 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACY E. ZANGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACY E. ZANGE | 363.68 | 363.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRACY E. ZANGE | 538.11 | 538.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,163.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   AMERICAN WATER(*) | 511.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 3738 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6797 | | | | |
|   SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 446.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PYOD LLC - ASSIGNEE | 6,426.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 7369 | | | | |
|   PINNACLE CREDIT SERVICES LLC - ASSIG | 1,700.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,068.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 0756 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                    22,445.13

TOTAL CLAIMED
PRIORITY            0.00
SECURED        17,400.15
UNSECURED      11.154.61

Date: 07/09/2020                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com